**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00029-KDB-DCK**

| | |
|---|---|
| **DUANE L. BERRY,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **UNITED STATES DEPARTMENT OF TREASURY,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on its own motion.

The *pro se* Plaintiff filed this action against the United States Department of Treasury on February 16, 2021. (Doc. No. 1). On February 22, 2021, the Clerk of Court entered a Notice of Deficiency informing the Plaintiff of his obligation to either pay the $402.00 filing fee or file an application to proceed without prepayment of fees and cautioned him that failure to do so within 21 days may result in the dismissal of this action. (Doc. No. 2).

The Plaintiff has not paid the filing fee or filed an application to proceed without prepaying the fee and the deadline to do so has expired.

**IT IS THEREFORE ORDERED** that Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order in which to pay the filing fee or file an application to proceed without prepaying the fee. If Plaintiff fails to do so, this case shall be dismissed without prejudice and closed without further notice to the Plaintiff.

**SO ORDERED.**

Signed: March 19, 2021

Kenneth D. Bell
United States District Judge