# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Duane L. Berry,<br>*by and through Federal Trustee,*<br><br>Plaintiff(s),<br><br>vs.<br><br>United States Department of Treasury,<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:21-cv-00029-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2021 Order.

April 8, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court