IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00029-KDB-DCK

| | |
|---|---|
| DUANE L. BERRY, | |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF TREASURY, | |
| Defendants. | |

**THIS MATTER** is before the Court on its own motion. This case was dismissed by this Court on April 8, 2021 (Doc. No. 14) and Plaintiff's appeal dismissed by the Court of Appeals on August 11, 2021. (Doc. No. 17). However, Plaintiff has continued to file papers in this matter. *See* Doc. Nos. 18-23. Accordingly, the Court orders Plaintiff to not file anything further in this case and authorizes the Clerk to not file but rather return any future filings to Plaintiff.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 2, 2023

Kenneth D. Bell
United States District Judge